1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
3  Fresno, California  93711
   Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, Devon Dante Harris

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | CASE NO. 1:15-cr-00140-AWI

12 |         Plaintiff,

13 |     v.                          | **STIPULATION TO CONTINUE
                                       SENTENCING TO MAY 9, 2016; ORDER
14 | DEVON DANTE HARRIS,               THEREON**

15 |         Defendant.

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Sentencing Hearing in the above captioned matter

19 set for March 21, 2016, **be continued to May 9, 2016, at 10:00 a.m.**  The probation officer needs

20 additional time to research dual diagnosis programs.

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                                                                               1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated:  March 11, 2016                    /s/ Carol Ann Moses
                                          CAROL ANN MOSES
                                          Attorney for Defendant,
                                          DEVON DANTE HARRIS

Dated:  March 11, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Daniel J. Griffin
                                          DANIEL J. GRIFFIN
                                          Assistant United States Attorney

ORDER

**IT IS SO ORDERED.**  The Sentencing Hearing for Devon Dante Harris will be continued to May 9, 2016 at 10:00 a.m.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

Dated:  March 11, 2016                    _____
                                          SENIOR  DISTRICT  JUDGE

2