**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, DEVON DANTE HARRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

      v.

DEVON DANTE HARRIS,

           Defendant.

CASE NO. 1:15-cr-00140-AWI

**ORDER TO PLACE CASE ON CALENDAR ON DECEMBER 14, 2016**

     United States Probation Officer, Chhoeuth Bou, found a bed for Defendant, DEVON HARRIS, at WestCare for 90 days beginning December 19, 2016.  The parties request the Court place Mr. Harris' case on it's calendar on Wednesday, December 14, 2016 at 2:00 P.M. so the Court may review the matter and release Mr. Harris from the United States Marshal's custody into the custody of WestCare.

     IT IS HEREBY ORDERED that the above referenced matter be placed on the Court's calendar for review on Wednesday, December 14, 2016, at 2:00 P.M.

IT IS SO ORDERED.

Dated:   **December 8, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1