**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, DEVON DANTE HARRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00140-AWI |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 1, 2017; [PROPOSED] ORDER THEREON** |
| DEVON DANTE HARRIS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter set for January 4, 2017, **be continued to March 1, 2017, at 2:00 p.m.**

Mr. Harris will begin the WestCare program on December 19, 2016.  He will be unable to leave the program to attend court proceedings for the first 30 days.

///

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated:  December 15, 2016            /s/ Carol Ann Moses
                                     CAROL ANN MOSES
                                     Attorney for Defendant,
                                     DEVON DANTE HARRIS

Dated:  December 15, 2016            PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ Daniel Griffin
                                     DANIEL GRIFFIN
                                     Assistant United States Attorney

ORDER

**IT IS SO ORDERED.**  The Status Conference for Devon Dante Harris will be continued from January 4, 2017 to March 1, 2017 at 2:00 p.m.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:  **December 15, 2016**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE